UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANNON CLARDY, ET AL. | *CIVIL NO. 6:09-1660 |
| VERSUS | *MAGISTRATE JUDGE HILL |
| BRUCE FOODS CORP., ET AL. | *BY CONSENT OF THE PARTIES |

ORDER SETTING TELEPHONE STATUS CONFERENCE

Given the Louisiana Supreme Court's ruling in *Moreno v. Entergy Corp.*, - - So.3d - - , 2012 WL 6015581 (La. 12/4/2012), a **telephone status conference** will be held in this case on **January 7, 2013 at 10:00 a.m.**  The offices of John R. Braymer shall initiate the conference call.

Signed in Lafayette, Louisiana this 10th day of December, 2012.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE